

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00048-CR

The **STATE** of Texas,
Appellant

v.

Christopher Glen **ADAMS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR120324
Honorable Spencer W. Brown, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order granting Appellee Christopher Glen Adams is REVERSED and this matter is REMANDED to the trial court for further proceedings consistent with this opinion.

SIGNED December 10, 2014.

_____
Patricia O. Alvarez, Justice